## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Joe Thornblad,

      Petitioner,                           Civil No. 09-439 (RHK/SRN)

vs.                                    **DISQUALIFICATION AND**
                                          **ORDER FOR REASSIGNMENT**

Robin Christopher Vue-Benson, et al.,

      Respondents.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: February 25, 2009

                                                       s/Richard H. Kyle
                                                       RICHARD H. KYLE
                                                       United States District Judge